IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK LEE BOHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:07-cv-940-HHK |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

The United States, in response to Plaintiffs' amended complaint under 26 U.S.C. § 7431, states:

### FIRST DEFENSE

Plaintiff is not entitled to statutory damages under 26 U.S.C. § 7431 because the Internal Revenue Service (the "Service") did not knowingly, or by reason of negligence, disclose Plaintiff's return information in violation of 26 U.S.C. § 6103.

### SECOND DEFENSE

Any disclosures of Plaintiff's return information by the Service were authorized under 26 U.S.C. § 6103(k)(6) or (h)(4).

### THIRD DEFENSE

Any disclosures of Plaintiff's return information by the Service were made in good faith.

## FOURTH DEFENSE

Any unauthorized disclosure of the plaintiff's return information occurred as a result of a good faith but erroneous interpretation of 26 U.S.C. § 6103.

## FIFTH DEFENSE

Plaintiff is not entitled to costs, statutory, actual or punitive damages, or any other relief.

## SIXTH DEFENSE

Plaintiff is not entitled to a jury trial.

## SEVENTH DEFENSE

FOR ITS FURTHER ANSWER, the United States responds to the numbered paragraphs of the first amended complaint as follows:

1. Admits, but denies any unlawful disclosures occurred.

2. Denies.

3. Admits, except to deny that the State of Nebraska is or ever has been a republic.

4. Admits.

5. Admits.

6. Admits.

7. Admits.

8. Admits.

9. Admits.

10. Admits.

11. Admits.

12. Admits.

13. Denies.

14. Admits.

15. Denies.

16. Denies.

17. Denies.

18. Denies.

19. Denies.

20. Denies.

21. Denies.

22. Denies.

23. Denies.

24. Denies.

25. Denies.

26. Denies.

27. Admits the allegations of the first sentence of paragraph 27; denies the allegations of the second sentence of paragraph 27.

28. Denies.

29. Admits.

30. Denies.

31. Denies.

32. Admits.

33. Denies.

34. Admits.

35. Denies.

36. Denies.

37. Denies.

38. Denies.

WHEREFORE the United States requests this Court dismiss Plaintiffs' amended complaint with prejudice and grant such other and further relief as it may deem just and proper.

DATE: July 30, 2007                                              /s/ Anne E. Blaess
                                                                 ANNE E. BLAESS
                                                                 Trial Attorney, Tax Division
                                                                 U.S. Department of Justice
                                                                 Post Office Box 227
                                                                 Washington, DC 20044
                                                                 Telephone: (202) 616-9806
                                                                 Facsimile: (202) 514-6966
                                                                 Email: Anne.E.Blaess@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing ANSWER was caused to be served upon Plaintiff *pro se* on the 30th day of July, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    PATRICK LEE BOHALL
    Plaintiff *pro se*
    3900 Dakota Avenue, # 8
    South Sioux City, NE 68776

                                                  /s/ Anne E. Blaess
                                                ANNE E. BLAESS