# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

Patrick Lee Bohall,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

No. 1:07-cv-00940 (HHK)

**RECEIVED**
OCT 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO ALLOW TELEPHONIC PARTICIPATION

Plaintiff respectfully the Court issue its Order allowing Plaintiff to participate telephonically in the Scheduling Conference set for October 5, 2007. Plaintiff has familiarized himself with the Court's Order and the excerpt from D.C. Local Rules 16.3 attached thereto, and asserts that Counsel for the Defendant will not be prejudiced by Plaintiff's telephonic participation.

Dated: October 1, 2007

Respectfully submitted,

_____
Patrick Lee Bohall

## CERTIFICATE OF SERVICE

I certify that on October 1, 2007, a true and complete copy of the foregoing Motion to Allow Telephonic Participation was served by U. S. Mail upon the following, and addressed as follows:

Anne E. Blaess
Trial Attorney
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

By: _____
Patrick Lee Bohall

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

Patrick Lee Bohall,

    Plaintiff,                             No. 1:07-CV-00940 (HHK)

v.

UNITED STATES,

    Defendant.

## ORDER

Plaintiff, having submitted his Motion to Allow Telephonic Participation, and the Court being duly and sufficiently advised in the premises now finds that the relief prayed for therein should be granted.

IT IS THEREFORE ORDERED that Plaintiff may participate in the Scheduling Conference set for October 5, 2007 by telephonic means.

Dated:_____, 2007

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

