UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK LEE BOHALL,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES GOVERNMENT,**<br><br>Defendant. | Civil Action 07-00940 (HHK) |

## ORDER

Before the court is plaintiff's motion to allow telephonic participation in the initial scheduling conference set for October 5, 2007 [# 8]. Plaintiff does not explain why he cannot appear in person. The court will not consider a motion for telephonic participation without an explanation of why it is necessary. Accordingly, the court denies plaintiff's motion. Plaintiff may move in the future for telephonic participation provided he includes an explanation of why he cannot appear in person.

It is this 12th day of October 2007, hereby

**ORDERED** that plaintiff's motion [#8] is **DENIED** without prejudice and subject to renewal.

Henry H. Kennedy, Jr.
United States District Judge