AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Patrick Lee Bohall

    Plaintiff(s)   )
                           )   **APPEARANCE**
                           )
      vs.            )   CASE NUMBER   1:07-cv-00940

United States

    Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of    Jeffrey Light    as counsel in this
                                          (Attorney's Name)

case for:   Patrick Lee Bohall
                  (Name of party or parties)

October 25, 2007
Date

*[signature]*
Signature

Jeffrey Light
Print Name

485360
BAR IDENTIFICATION

1712 Eye St., NW Suite 915
Address

Washington, DC 20006
City    State    Zip Code

202-277-6213
Phone Number