AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Patrick Lee Bohall

      Plaintiff(s)   ) 
                         ) **APPEARANCE**
                         )
        vs.       ) CASE NUMBER   1:07-cv-00940
United States        )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  John David Hughes  as counsel in this
                                   (Attorney's Name)

case for:  Patrick Lee Bohall
             (Name of party or parties)

25 October, 2007
Date

                                            Signature

                                            John David Hughes
                                            Print Name

392234
BAR IDENTIFICATION

                                            1712 Eye St., NW Suite 915
                                            Address

                                            Washington, DC 20006
                                            City      State      Zip Code

                                            202-223-5316
                                            Phone Number