UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Patrick Lee Bohall </br></br>     PLAINTIFF </br> vs. </br></br> United States </br></br>     DEFENDANT | ) </br> ) </br> ) No. 1:07-cv-940 (HHK) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**[PLAINTIFF'S PROPOSED] SCHEDULING ORDER**

After a scheduling conference held in open Court on October 26, 2007 and upon consideration of the parties' joint report to the Court following their conference held under Fed. R. Civ. P. 26(f) and Local Rule LCvR 16.3, it is this ____ day of _____, 20___. Hereby

ORDERED that:

1. The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by November 16, 2007.

2. The deadline by which any other parties shall be joined or the pleadings amended shall be April 1, 2008.

3. Fact discovery shall commence on December 1, 2007 and shall be completed by April 1, 2008.

4. Plaintiff shall disclose by December 1, 2007 the identification of retained experts, if any, respective vitae, and contractual agreements regarding the nature and scope of expert services, pursuant to Fed. R. Civ. P. 26(a)(2)(A). Plaintiff will

tender its expert reports, if any, on or before February 1, 2008. Deposition of Plaintiff's experts, if any, shall occur no sooner than January 22, 2008 and no later than March 1, 2008.

5. All parties have advised the Court that they believe that all issues in the case can be resolved by the filing of cross-motions for summary judgment or upon motions for judgment on the pleadings. The parties shall file any dispositive motions within 60 days after the completion of discovery on April 1, 2008. Oppositions to any dispositive motions shall be due within 30 days of the filing of a motion, and any reply shall be due within 14 days of filing of an opposition.

6. If needed, a pretrial conference shall be had before the Court on September 15, 2008 at 9 A.M. Counsel who will try the case must attend. The Court will set a trial date at the pre-trial conference. A pretrial statement shall be filed and served by each party at least 11 days before the conference in the manner prescribed in Local Rule 16.5.

7. Pursuant to Fed. R. Civ. P. 16(e), this Order shall control the course of this action unless modified by subsequent Order.

SO ORDERED:

_____
Judge Kennedy
United States District Judge

Please serve:
John David Hughes
Hughes & Associates
1712 Eye Street, N.W.
Suite 915
Washington, D.C. 20006
lawmailhughes@comcast.net

Anne E. Blaess
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Anne.E.Blaess@usdoj.gov