UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK LEE BOHALL,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**UNITED STATES,**<br><br>    **Defendant.** | Civil Action 07-00940 (HHK) |

**SCHEDULING ORDER**

Upon consideration of the parties' joint report to the court following their conference held under Fed. R. Civ. P. 26(f) and Local Rule 16.3 and the statements of counsel at the initial scheduling conference , it is hereby

**ORDERED** that

 1.  The parties shall make initial disclosures under Fed. R. Civ. P. 26(a)(1) by November 16, 2007;

 2.  Plaintiff shall file his response to defendant's motion for summary judgment filed October 16, 2007, by November 30, 2007;

 3.  The United States shall file its reply to plaintiff's response by December 17, 2007;

 4. Any further deadlines will be set after the court's ruling on defendant's motion for summary  judgment.

                 Henry H. Kennedy, Jr.
                 United States District Judge

Dated: November 2, 2007