UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK LEE BOHALL,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　**v.**<br><br>**UNITED STATES,**<br><br>　　　　　**Defendant.** | Civil Action 07-00940 (HHK) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, docketed this same day, it is this 17th day of March 2008 hereby

**ORDERED** that judgment is entered in favor of the United States..

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge